UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20090-CIV-UNGARO

LUIS ARTEAGA,
    Plaintiff,

v.

AMERICAN HUTS INC.,
    Defendant.
_____/

## AMENDED ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On March 18, 2009, Defendant filed its Motion to Dismiss. (D.E. 17). Plaintiff has failed to file a timely response to the Motion. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file a response to Defendant's Motion to Dismiss no later than **noon on Wednesday, April 8, 2009.** Plaintiff is cautioned that failure to adequately respond to the pending motion by this deadline may result in the Court granting the pending motion without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of April, 2009.

                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

copies provided to:
Counsel of record